IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

VS.

LAWRENCE J. MCMORROW
21313-2 POMMEL STREET
FT RILEY, KS  66442

CASE NO. 12-90115-M-01

INFORMATION

The United States Attorney charges that:

COUNT I

On or about 12/20/2011, at Fort Riley, Kansas, a federal military installation within the special maritime and territorial jurisdiction of the United States, in the District of Kansas, LAWRENCE J. MCMORROW, did unlawfully possess a carcass of a big game animal, without a carcass tag, in violation Title 18, United States Code, Section 13, K.S.A. 32-1004 (a). (Unlawful possession of wildlife)

COUNT II

On or about 12/20/2011, at Fort Riley, Kansas, a federal military installation within the special maritime and territorial jurisdiction of the United States, in the District of Kansas, LAWRENCE J. MCMORROW, did unlawfully possess a carcass of a big game animal, without a carcass tag, in violation Title 18, United States Code, Section 13, K.S.A. 32-1004 (a). (Unlawful possession of wildlife)

COUNT III

On or about 12/20/2011, at Fort Riley, Kansas, a federal military installation within the special maritime and territorial jurisdiction of the United States, in the District of Kansas, LAWRENCE J. MCMORROW, did unlawfully possess a carcass of a big game animal, without a carcass tag, in violation Title 18, United States Code, Section 13, K.S.A. 32-1004 (a). (Unlawful possession of wildlife)

BARRY R. GRISSOM
United States Attorney

ANNEMARIE VAZQUEZ
Special Assistant U.S. Attorney

The court has reviewed the above information and the documentation attached hereto, and finds from them that probable cause has been shown to permit the filing of the information.

Filed 4/05/2012

HON K. GARY SEBELIUS
U.S. Magistrate Judge